UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
HERMAN SAHAN,                              :
                                           :
                                           :
              Plaintiff,                   :
                                           :
       -v-                                 :   CASE NO. 1:20-cv-03069-VSB
                                           :
TETRAPHASE PHARMACEUTICALS,                :
INC., L. PATRICK GAGE, GAREN               :
BOHLIN, JEFFREY A. CHODAKEWITZ,            :
JOHN G. FREUND, GERRI HENWOOD,             :
GUY MACDONALD, and NANCY J.                :
WYSENSKI,                                  :
                                           :
              Defendants.                  :
                                           :
                                           :
------------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: August 14, 2020                     Respectfully Submitted,

                                           **MONTEVERDE & ASSOCIATES PC**

                                           */s/ Juan E. Monteverde*_____
                                           Juan E. Monteverde (JM-8169)
                                           The Empire State Building
                                           350 Fifth Avenue, Suite 4405
                                           New York, New York 10118
                                           Tel: 212-971-1341
                                           Fax: 212-202-7880

                                           *Attorney for Plaintiff*